# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 11-CR-14-LRR |
| vs. | **ORDER** |
| TERRY ROBBINS, | |
| Defendant. | |

_____

The matter before the court is Magistrate Judge Jon S. Scoles's Report and Recommendation (docket no. 72). On July 14, 2011, the government filed a "Motion for Hearing to Determine Property Subject to Preliminary Order of Forfeiture" (docket no. 60). On August 9, 2011, Judge Scoles held a hearing. Assistant United States Attorney Martin J. McLaughlin represented the government. Defendant Terry Robbins appeared in court with his attorney Mark C. Meyer. On August 11, 2011, Judge Scoles issued the Report and Recommendation, which recommends that this court deny the government's motion for a preliminary order of forfeiture. The Report and Recommendation states that "within fourteen (14) days after being served with a copy of this Report and Recommendation, any party may serve and file written objections with the district court." Report and Recommendation at 11.

The time to object to the Report and Recommendation has expired. The government has not filed any objections to the Report and Recommendation. The government has thus waived its right to de novo review of the Report and Recommendation. *See, e.g.*, *United States v. Newton*, 259 F.3d 964, 966 (8th Cir. 2001) ("'Appellant's failure to file any objections waived his right to de novo review by the district court of any portion of the report and recommendation of the magistrate judge as well as his right to appeal from the findings of fact contained therein.'"(quoting *Griffini v. Mitchell*, 31 F.3d 690, 692 (8th

Cir. 1994))). The court finds no plain error in Judge Scoles's decision. Accordingly, the court **ADOPTS** the Report and Recommendation (docket no. 72). The government's motion for a preliminary order of forfeiture is **DENIED**.

**IT IS SO ORDERED**.

**DATED** this 30th day of August, 2011.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA